# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re: MOORE, RAYMOND A | § Case No. 09-28399-HRT |
|     MOORE, SHELLY LYNN | § |
|     MOORE, RAY | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

   1.  The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on September 02, 2009. The undersigned trustee was appointed on September 02, 2009.

   2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

   3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

   4.  The trustee realized the gross receipts of     $     2,201.34

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 0.00 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 2,201.34 |

The remaining funds are available for distribution.

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing claims in this case was 08/13/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $550.34. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $550.34, for a total compensation of $550.34. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $41.40, for total expenses of $41.40.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/25/2010   By: /s/Glen R. Anstine
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-28399-HRT  
**Case Name:** MOORE, RAYMOND A  
MOORE, SHELLY LYNN  
**Period Ending:** 08/25/10

**Trustee:** (260280) Glen R. Anstine  
**Filed (f) or Converted (c):** 09/02/09 (f)  
**§341(a) Meeting Date:** 09/30/09  
**Claims Bar Date:** 08/13/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   Residence located at 7903 S. Duquesne Way, Aurora, CO  80016 | 515,000.00 | 0.00 | DA | 0.00 | FA |
| 2   Cash on hand | 20.00 | 20.00 |  | 20.00 | FA |
| 3   First Bank - Checking ($100.00) & Savings ($5.00) | 105.00 | 26.25 |  | 26.25 | FA |
| 4   First Bank - Checking ($100.00) & Savings ($5.00) funds are all from Social Security Disabilty (W) | 105.00 | 0.00 | DA | 0.00 | FA |
| 5   Premier Members Federal Credit Union - Checking $5.00 & Savings $5.00 | 10.00 | 2.50 |  | 2.50 | FA |
| 6   Premier Members Federal Credit Union - checking $50.00 & Savings $5.00.  This money is from Social Security Disability. (W) | 55.00 | 0.00 | DA | 0.00 | FA |
| 7   Wells Fargo - Checking (H) | 10.00 | 2.50 |  | 2.50 | FA |
| 8   Wells Fargo Checking (W) | 5.00 | 0.00 | DA | 0.00 | FA |
| 9   Wells Fargo Savings Account (2) in the name of each minor child and with $30.00 each in these accounts. | 60.00 | 0.00 | DA | 0.00 | FA |
| 10   Household goods and furnishings | 3,600.00 | 0.00 | DA | 0.00 | FA |
| 11   Levo C3 mobility chair. Currently in the process of being approved and paid for by Debtor, Insurance and Medicare. | 23,000.00 | 0.00 | DA | 0.00 | FA |
| 12   Select comfort bed - Secured by HC Credit | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 13   Wheelchair lift for Van | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 14   Library, family pictures, CDs, DVD's, etc. | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 15   Wearing apparel | 700.00 | 0.00 | DA | 0.00 | FA |
| 16   Watches, jewelry, and other articles of adornmen | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 17   Roller blades and misc sporting goods | 30.00 | 30.00 | DA | 0.00 | FA |
| 18   Life insurance policy provide through workplace. | 0.00 | 0.00 | DA | 0.00 | FA |
| 19   Term life insurance - Old Mutual Financial | 0.00 | 0.00 | DA | 0.00 | FA |

Printed: 08/25/2010 03:04 PM    V.12.06

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-28399-HRT  
**Case Name:** MOORE, RAYMOND A  
MOORE, SHELLY LYNN  
**Period Ending:** 08/25/10  

**Trustee:** (260280) Glen R. Anstine  
**Filed (f) or Converted (c):** 09/02/09 (f)  
**§341(a) Meeting Date:** 09/30/09  
**Claims Bar Date:** 08/13/10  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | IRA - First Bank - Shelly | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 21 | Pension w/Western Union - 401K.<br>   Subject to a loan of $27,000 that is currently being paid back.  Value is full value without deduction for loan amount. | 113,000.00 | 0.00 | DA | 0.00 | FA |
| 22 | Option for stock in Western Union - held at<br>   Charles Schwab.  Some options are not exerciseable at this time and the options that are currently exercisable have no vlaue since option exercise price is currently higher than market price for stock, so the option has no current value.  Value of stock is $18.04 as of 8/31/09. | 0.00 | 0.00 | DA | 0.00 | FA |
| 23 | 2008 Honda Element EX 4WD<br>   used by Shelly due to disability and mobility issues | 17,800.00 | 0.00 | DA | 0.00 | FA |
| 24 | 2009 Toyota Prius | 24,000.00 | 0.00 | DA | 0.00 | FA |
| 25 | 1 - cat | 0.00 | 0.00 | DA | 0.00 | FA |
| 26 | Net earnings unpaid as of filing of petition | 0.00 | 83.75 | | 83.75 | FA |
| 27 | 67.1% of 2009 tax refunds  (u)<br>   federal refund=$133.00; state refund=$2,946.00 | 3,079.00 | 2,066.00 | | 2,066.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.34 | Unknown |
| 28 | Assets    Totals (Excluding unknown values) | **$721,579.00** | **$2,231.00** | | **$2,201.34** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   April 30, 2011   **Current Projected Date Of Final Report (TFR):**   April 30, 2011

Printed: 08/25/2010 03:04 PM    V.12.06

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-28399-HRT  
**Case Name:** MOORE, RAYMOND A  
MOORE, SHELLY LYNN  
**Taxpayer ID #:** **-***1165  
**Period Ending:** 08/25/10

**Trustee:** Glen R. Anstine (260280)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******06-65 - Money Market Account  
**Blanket Bond:** $50,875,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 05/10/10 | | Ray A. Moore | Payment for tax refunds and nonexempt property. | | | 2,201.00 | | 2,201.00 |
| | {2} | | cash on hand | 20.00 | 1129-000 | | | 2,201.00 |
| | {3} | | 1stBank account balances | 26.25 | 1129-000 | | | 2,201.00 |
| | {5} | | Premier Members account balance | 2.50 | 1129-000 | | | 2,201.00 |
| | {7} | | Wells Fargo checking account balance | 2.50 | 1129-000 | | | 2,201.00 |
| | {26} | | nonexempt wages | 83.75 | 1129-000 | | | 2,201.00 |
| | {27} | | 2009 tax refunds | 2,066.00 | 1224-000 | | | 2,201.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.08 | | 2,201.08 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.13 | | 2,201.21 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.13 | | 2,201.34 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 2,201.34 | 0.00 | $2,201.34 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 2,201.34 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$2,201.34** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******06-65** | 2,201.34 | 0.00 | 2,201.34 |
| | $2,201.34 | $0.00 | $2,201.34 |

{} Asset reference(s)   Printed: 08/25/2010 03:04 PM   V.12.06

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 13, 2010

**Case Number:** 09-28399-HRT
**Debtor Name:** MOORE, RAYMOND A

Page: 1

**Date:** August 25, 2010
**Time:** 03:04:38 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| A 200 | Glen R. Anstine<br>4704 Harlan Street, Suite 320<br>Denver, CO 80212 | Admin Ch. 7 | | $550.34 | $0.00 | 550.34 |
| B 200 | Glen R. Anstine<br>4704 Harlan Street, Suite 320<br>Denver, CO 80212 | Admin Ch. 7 | | $41.40 | $0.00 | 41.40 |
| 1 610 | American InfoSource LP as agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | 5793<br>for "Credit Card Charges" | $4,647.05 | $0.00 | 4,647.05 |
| 2 610 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | 9479<br>for "CREDIT CARD" | $8,917.02 | $0.00 | 8,917.02 |
| 3 610 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | 3517<br>for "Credit Card" | $30,419.22 | $0.00 | 30,419.22 |
| 4 610 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | 4715<br>for "Credit Card" | $14,935.76 | $0.00 | 14,935.76 |
| 5 610 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | 5691<br>for "Credit Card" | $10,677.19 | $0.00 | 10,677.19 |
| 6 610 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | 0799<br>for "Credit Card" | $6,019.43 | $0.00 | 6,019.43 |
| 7 610 | GE Money Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | 2918/JCPENNEY CREDIT SVCS<br>for "Money Loaned Revolving Credit" | $461.11 | $0.00 | 461.11 |
| 8 610 | Bellco Credit Union<br>7600 East Orchard Road Suite 400N<br>Attn: Bankruptcy<br>Greenwood Village, CO 80155 | Unsecured | 7206<br>for "Money Loaned" | $15,918.92 | $0.00 | 15,918.92 |
| << Totals >> | | | | 92,587.44 | 0.00 | 92,587.44 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 09-28399-HRT
Case Name: MOORE, RAYMOND A
Trustee Name: Glen R. Anstine

Claims of secured creditors will be paid as follows:

*Claimant*                                                                                     *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | Glen R. Anstine | $ 550.34 | $ 41.40 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                              *Fees*                              *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 91,995.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | American InfoSource LP as agent for Target | $ 4,647.05 | $ 81.31 |
| 2 | Discover Bank | $ 8,917.02 | $ 156.02 |
| 3 | Chase Bank USA NA | $ 30,419.22 | $ 532.23 |
| 4 | Chase Bank USA NA | $ 14,935.76 | $ 261.32 |
| 5 | Chase Bank USA NA | $ 10,677.19 | $ 186.81 |
| 6 | Chase Bank USA NA | $ 6,019.43 | $ 105.32 |
| 7 | GE Money Bank | $ 461.11 | $ 8.07 |
| 8 | Bellco Credit Union | $ 15,918.92 | $ 278.52 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**